No. 79–6806.  MENZIES v. ESTELLE, CORRECTIONS DIRECTOR.  C. A. 5th Cir.  Certiorari denied.

No. 79–6846.  CREACH v. ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.

No. 80–25.  BARRY v. UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.

No. 80–50.  MCDONALD v. TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 80–151.  ALTUS NEWSPAPERS, INC., DBA ALTUS TIMES DEMOCRAT, ET AL. v. AKINS.  Sup. Ct. Okla.  Certiorari denied.

No. 80–167.  WRIGHTING v. APPELLATE DEPARTMENT, SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA (CALIFORNIA, REAL PARTY IN INTEREST).  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 80–191.  CARLSON v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 80–221.  INTERNATIONAL UNION OF ELECTRICAL, RADIO & MACHINE WORKERS, AFL–CIO, ET AL. v. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 80–222.  CUSTER ET AL. v. UNITED STATES.  Ct. Cl.  Certiorari denied.

No. 80–226.  JACKSON v. LOUISIANA.  Sup. Ct. La.  Certiorari denied.

No. 80–258.  SEKAQUAPTEWA v. MACDONALD; and
No. 80–265.  MACDONALD v. SEKAQUAPTEWA.  C. A. 9th Cir.  Certiorari denied.  Reported below: 619 F. 2d 801.